**Opinion filed October 23, 2008**



In The

# Eleventh Court of Appeals

_____

## No. 11-08-00228-CR

_____

## ERIC CORREA JIMENEZ, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 29th District Court**

**Palo Pinto County, Texas**

**Trial Court Cause No. 13360**

## M E M O R A N D U M   O P I N I O N

Eric Correa Jimenez has filed in this court a motion to withdraw his notice of appeal. The motion is signed by counsel and supported by appellant's affidavit. The motion is granted, and the appeal is dismissed.

PER CURIAM

October 23, 2008

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.